UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

UNITED STATES OF AMERICA

                                    Plaintiff,

   v.

                                    Civil Action No.
                                    8:10-cv-393 (GLS/DRH)

ROBERT H. WILLIAMS

                                  Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                         OF COUNSEL:

**FOR THE PLAINTIFF:**

Solomon and Solomon, P.C.          DOUGLAS M. FISHER, ESQ.
Post Office Box 15019
Five Columbia Circle
Albany, New York 12212-5019

**FOR THE DEFENDANT:**

ROBERT H. WILLIAMS
Defendant *Pro Se*
2453 State Route 11
Mooers, New York 12958


GARY L. SHARPE,
U.S. DISTRICT JUDGE

# ORDER

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge David R. Homer, duly filed December

21, 2010. Following ten days from the service thereof, the Clerk has sent

the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed December 21, 2010 (Dkt. No. 7) is ACCEPTED in its entirety for the reasons state therein; and it is further

ORDERED, that the request of the United States that this action be dismissed without prejudice is GRANTED and this action is DISMISSED without prejudice; and it is further

ORDERED, that the Clerk of the court serve a copy of this order upon the plaintiff by regular mail and upon the defendant by regular and certified mail.

IT IS SO ORDERED.

Dated:   January 5, 2011
         Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge